No. 24-5007　　　　　　　　　　　　September Term, 2023
1:20-cv-03010-APM

Filed On: April 11, 2024

In re: Brad Greenspan,

　　　　Petitioner

**BEFORE:** Millett, Pillard, and Wilkins, Circuit Judges

**O R D E R**

Upon consideration of the amended petition for writ of mandamus, it is

**ORDERED** that the petition be dismissed as moot in part and denied in part. Petitioner seeks a writ of mandamus ordering the district court to docket five motions and an errata. The five motions have now been docketed and denied, so the mandamus petition is moot with respect to those documents. With respect to the errata, petitioner has shown neither a clear and indisputable right to relief nor that he lacks an adequate alternative means to obtain relief. See Doe v. Exxon Mobil Corp., 473 F.3d 345, 353 (D.C. Cir. 2007).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　　　Deputy Clerk