# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5007**                          **September Term, 2023**

1:20-cv-03010-APM

**Filed On:** April 22, 2024

In re: Brad Greenspan,

        Petitioner

**O R D E R**

     Upon consideration of the supplement to petition for writ of mandamus, filed April 19, 2024, it is

     **ORDERED** that the supplement be dismissed as moot in light of the court's order filed April 11, 2024, dismissing in part and denying in part the petition for writ of mandamus.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                     BY:     /s/
                                                 Daniel J. Reidy
                                                 Deputy Clerk