**Case Caption:** In Re Brad Greenspan

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Case No:** 24-5007

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Brad Greenspan

### Counsel Information

Lead Counsel: Alfred Constants III

Direct Phone: (516) 200-9660  Fax: (___) ___-____  Email: ConstantsLaw@protonmail.com

2nd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Constants Law LLC

Firm Address: 115 Forest Ave., #331, Locus Valley, NY 11560 U.S.

Firm Phone: (516) 200-9660  Fax: (___) ___-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

Save    Reset Form    Print Form