Constants Law Offices, LLC.
Alfred C. Constants III
115 Forest Ave., #331
Locust Valley, NY 11560
Email: ConstantsLaw@protonmail.com
Phone: 516-200-9660

# UNITED STATES COURT OF APPEALS

## FOR THE D.C. CIRCUIT

| | |
|---|---|
| In re: Brad Greenspan, on behalf of himself and all others similarly situated, | D.C. Case No. #24-5007 |
| Petitioner, | |
| v. | **MOTION FOR RULE 26 EXTENSIO** |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | |
| Respondent, | |

FRAP 26(b) provides, with exceptions not relevant here, that "[f]or good cause, the court may extend the time prescribed by these rules or by its order to perform any act." In the present matter, good cause exists because of a software glitch that has delayed completion of filing. According to the briefing schedule provided by the Court, Petitioner's brief is due June 21, 2024. Petitioner requests 3 additional days making the brief due on Monday, June 24, 2024.

This is Petitioner's sixth request for an extension of time to file. Petitioner is unaware of any party that objects to this motion. For the foregoing reasons, Petitioner hereby requests an order of the Court extending the time for filing a Petition For Rehearing and Rehearing En Banc to June 24, 2024. In accordance with Petitioner's understanding of FRAP 26, Petitioner intends to file a Petition For Rehearing and Rehearing En Banc by June 24, 2024 unless instructed otherwise by order of this Court.

Dated: June 21, 2024

Respectfully submitted:

Constants Law Offices, LLC.

By /s/ *Alfred C. Constants III*
Alfred C. Constants III, Esq.

Certificate of Compliance with Type-Volume Limit

Certificate of Compliance with Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

This document complies with the Fed's typeface requirements. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App.P. 32(a)(6) because:

This document has been prepared in a proportionally spaced typeface using Word Office in Times New Roman 14 type. Words 324

Constants Law Offices, LLC.

By /s/ Alfred C. Constants III
Alfred C. Constants III, Esq.

Dated: June 21, 2024