Constants Law Offices, LLC.
Alfred C. Constants III
115 Forest Ave., #331
Locust Valley, NY 11560
Email: ConstantsLaw@protonmail.com
Phone: 516-200-9660

UNITED STATES COURT OF APPEALS

FOR THE D.C. CIRCUIT

In re: Brad Greenspan, on behalf of himself and all others similarly situated,

D.C. Case No. #24-5007

Petitioner,

V.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Respondent,

**MOTION FOR RULE 26 EXTENSION**

FRAP 26(b) provides, with exceptions not relevant here, that "[f]or good cause, the court may extend the time prescribed by these rules or by its order to perform any act." In the present matter, good cause exists because I have become aware of the fact today that there were two new filings made by the court on Friday June 21, 2024 in Case No. 1:20-cv-03010-APM, the district court case that relates to this matter, including Document #987 filed at 5:11pm which may relate to matters we intend to cover in our Petition.

According to the briefing schedule provided by the Court, Petitioner's brief is due June 24, 2024. Petitioner requests 2 additional days to review these filings and consider the impact if any on the

matters we intend to include in our Petition making the brief due on Wed, June 26, 2024.

This is Petitioner's seventh request for an extension of time to file. Petitioner is unaware of any party that objects to this motion. For the foregoing reasons, Petitioner hereby requests an order of the Court extending the time for filing a Petition For Rehearing and Rehearing En Banc to June 26, 2024. In accordance with Petitioner's understanding of FRAP 26, Petitioner intends to file a Petition For Rehearing and Rehearing En Banc by June 26, 2024 unless instructed otherwise by order of this Court.

Dated:
June 24, 2024

Respectfully submitted:

Constants Law Offices, LLC.

By /s/ *Alfred C. Constants III*

Alfred C. Constants III, Esq