Constants Law Offices, LLC.
Alfred C. Constants III
115 Forest Ave., #331
Locust Valley, NY 11560
Email: ConstantsLaw@protonmail.com
Phone: 516-200-9660

UNITED STATES COURT OF APPEALS

FOR THE D.C. CIRCUIT

In re: Brad Greenspan, on
behalf of himself and all    D.C. Case No. #24-5007
others similarly situated,

Petitioner,

V.    **MOTION FOR RULE 26 EXTENSION**

UNITED STATES
DISTRICT COURT FOR
THE DISTRICT OF
COLUMBIA

Respondent,

FRAP 26(b) provides, with exceptions not relevant here, that "[f]or good cause, the court may extend the time prescribed by these rules or by its order to perform any act." In the present matter, good cause exists because of the fact today that there was a new filing made by the court in No. 1:20-cv-03010-APM, Document #993 which is an unsealed transcript of a preceding which may relate to matters we intend to cover in our Petition.

According to the briefing schedule provided by the Court, Petitioner's brief is due June 26, 2024. Petitioner requests 5 additional days to review this filing and consider the impact if any on the matters we intend to include in our Petition making

the brief due on Monday, July 1, 2024.

This is Petitioner's eighth request for an extension of time to file. Petitioner is unaware of any party that objects to this motion. For the foregoing reasons, Petitioner hereby requests an order of the Court extending the time for filing a Petition For Rehearing and Rehearing En Banc to July 1, 2024. In accordance with Petitioner's understanding of FRAP 26, Petitioner intends to file a Petition For Rehearing and Rehearing En Banc by July 1, 2024 unless instructed otherwise by order of this Court.

Dated:
June 26, 2024

Respectfully submitted:

Constants Law Offices, LLC.

By /s/ *Alfred C. Constants III*

Alfred C. Constants III, Esq

Certificate of Compliance with Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

This document complies with the Fed's typeface requirements. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App.P. 32(a)(6) because: This document has been prepared in a proportionally spaced typeface using Word Office in Times New Roman 14 type. Words 368. Dated: June 26, 2024

Constants Law Offices, LLC.
By /s/ *Alfred C. Constants 111*

Alfred C. Constants III, Esq.