# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-5007** | **September Term, 2023** |
| | 1:20-cv-03010-APM |
| | **Filed On:** August 19, 2024 |

In re: Brad Greenspan,

     Petitioner

    **BEFORE:**    Walker and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion for extension of time, it is

**ORDERED** that the motion be denied. No exceptional circumstances have been shown. See Order filed July 15, 2024.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                             BY:    /s/
                                     Daniel J. Reidy
                                     Deputy Clerk