# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-5007** | **September Term, 2024** |
| | 1:20-cv-03010-APM |
| | Filed On: September 18, 2024 |

In re: Brad Greenspan,

     Petitioner

**BEFORE:**    Walker and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion for reconsideration, it is

**ORDERED** that the motion be denied. The Clerk is directed to accept no further filings from petitioner in this closed case.

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

               BY:   /s/
                        Scott H. Atchue
                        Deputy Clerk